```
     FILED       LODGED
     RECEIVED    COPY

     SEP 2 8 2022

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY_____ DEPUTY
```

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   RYAN GOLDSTEIN
3  Assistant United States Attorney
   Arizona State Bar No. 027182
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Ryan.Goldstein@usdoj.gov
   Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

1. Yvette Porras-Ochoa,
   (Counts 1-4, 6-10, 13-33)

2. Ricardo Ochoa,
   (Counts 1-3, 7-8, 10-12)

3. Kourtney Moore,
   (Counts 1-6, 9-10)

4. George Martinez-Aviles
   (Counts 2, 17-33)

5. Vanessa Quijada,
   (Counts 2, 10, 34)

6. Josefina Thomas,
   (Count 2)

7. Angel Borunda,
   (Counts 1, 8)

8. Ibis Efren Miranda Hernandez,
   (Counts 10, 13)

9. Kristel Pimentel,
   (Counts 2, 4, 6)

    Defendants.

No. CR-22-1265-PHX-SPL (ESW)

**INDICTMENT**

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Cocaine)
Count 1

21 U.S.C. § 846
(Conspiracy to Dispense and Possess with Intent to Distribute Prescription Controlled Substances)
Count 2

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 21 U.S.C. § 846
(Possession and Attempt to Possess with the Intent to Distribute Cocaine)
Count 3

21 U.S.C. §§ 841(a)(1) and 841(b)(3)
(Possession with Intent to Distribute Promethazine-Codeine)
Count 4

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
(Possession with the Intent to Distribute Fentanyl)
Count 5

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

|   |   |
|---|---|
| 1 | (Possession with the Intent to Distribute Oxycodone)<br>Counts 6-7 |
| 2 | |
| 3 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II)<br>(Possession with the Intent to Distribute Cocaine)<br>Count 8 |
| 4 | |
| 5 | |
| 6 | 18.U.S.C. § 1956(h)<br>(Promotional Money Laundering Conspiracy)<br>Counts 9, 17 |
| 7 | |
| 8 | 18.U.S.C. § 1956(h)<br>(Concealment Money Laundering Conspiracy)<br>Count 10 |
| 9 | |
| 10 | |
| 11 | 21 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i)<br>(Concealment and Promotional Money Laundering)<br>Count 11 |
| 12 | |
| 13 | |
| 14 | 18 U.S.C. § 1956(a)(1)(B)(i)<br>(Concealment Money Laundering)<br>Counts 12-16 |
| 15 | |
| 16 | 18 U.S.C. § 1956(a)(1)(A)(i)<br>(Promotional Money Laundering)<br>Counts 18-33 |
| 17 | |
| 18 | 18 U.S.C. § 1957<br>(Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity)<br>Count 34 |
| 19 | |
| 20 | |
| 21 | 18 U.S.C. § 2<br>(Aid and Abet)<br>Counts 3-8 |
| 22 | |
| 23 | 18 U.S.C. §§ 981 and 982,<br>21 U.S.C. § 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |
| 24 | |
| 25 | **(U n d e r  S e a l)** |
| 26 | |
| 27 | |
| 28 | |

**THE GRAND JURY CHARGES:**

## COUNT 1

### Conspiracy to Possess with Intent to Distribute Cocaine

From on or about March 31, 2020, and continuing until September 28, 2022, in the District of Arizona and elsewhere, YVETTE PORRAS-OCHOA, RICARDO OCHOA, ANGEL BORUNDA, and KOURTNEY MOORE did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury, to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

### Conspiracy to Dispense and Possess with Intent to Distribute Prescription Controlled Substances

From on or about March 31, 2020, and continuing until September 28, 2022, in the District of Arizona and elsewhere, GEORGE MARTINEZ-AVILES, a registrant authorized to dispense controlled substances, and YVETTE PORRAS-OCHOA, RICARDO OCHOA, KOURTNEY MOORE, VANESSA QUIJADA, JOSEFINA THOMAS, and KRISTEL PIMENTEL did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury, to dispense and possess with the intent to distribute oxycodone, a Schedule II controlled substance, and promethazine-codeine, a Schedule V controlled substance, outside the scope of professional practice and not for a legitimate medical purpose; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(3).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

**Possession and Attempt to Possess with the Intent to Distribute Cocaine**

On or about February 19, 2021, in the District of Arizona and elsewhere, the defendants, YVETTE PORRAS-OCHOA, RICARDO OCHOA, and KOURTNEY MOORE, did knowingly and intentionally possess and attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II), Title 18, United States Code, Section 2, and Title 21, United States Code, Section 846.

## COUNT 4

**Possession with Intent to Distribute Promethazine-Codeine**

On or about June 10, 2021, in the District of Arizona, the defendants, KOURTNEY MOORE, KRISTEL PIMENTEL, and YVETTE PORRAS-OCHOA did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of promethazine-codeine, a Schedule V controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(3), and Title 18, United States Code, Section 2.

## COUNT 5

**Possession with the Intent to Distribute Fentanyl**

On or about June 10, 2021, in the District of Arizona, the defendant, KOURTNEY MOORE, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT 6

### Possession with the Intent to Distribute Oxycodone

On or about June 10, 2021, in the District of Arizona, the defendants, KOURTNEY MOORE, KRISTEL PIMENTEL, and YVETTE PORRAS-OCHOA, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 7

### Possession with the Intent to Distribute Oxycodone

On or about July 31, 2021, in the District of Arizona, the defendants, RICARDO OCHOA and YVETTE PORRAS-OCHOA, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 8

### Possession with the Intent to Distribute Cocaine

On or about July 31, 2021, in the District of Arizona, the defendants, RICARDO OCHOA, ANGEL BORUNDA, and YVETTE PORRAS-OCHOA, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT 9

**Promotional Money Laundering Conspiracy**

From on or about March 31, 2020, and continuing until September 28, 2022, in the District of Arizona and elsewhere, the defendants, YVETTE PORRAS-OCHOA and KOURTNEY MOORE, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is the possession with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1) with the intent to promote the carrying on of specified unlawful activity, that is to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1), and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 10

**Concealment Money Laundering Conspiracy**

From on or about March 31, 2020, and continuing until September 28, 2022, in the District of Arizona and elsewhere, the defendants, YVETTE PORRAS OCHOA, RICARDO OCHOA, IBIS EFREN MIRANDA HERNANDEZ, VANESSA QUIJADA, and KOURTNEY MOORE, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity,

that is, the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 11

### Concealment and Promotional Money Laundering

On or about June 11, 2020, in the District of Arizona, defendant RICARDO OCHOA, did knowingly conduct a financial transaction affecting interstate and foreign commerce, to wit: RICARDO OCHOA purchased a 2020 GMC Sierra 1500, which involved the proceeds of specified unlawful activity, that is the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity and knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specific unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## COUNT 12

### Concealment Money Laundering

On or about August 18, 2021, in the District of Arizona, defendant RICARDO OCHOA, did knowingly conduct a financial transaction affecting interstate and foreign

commerce, to wit: RICARDO OCHOA put $6,643.80 as a down payment for a 2021 GMC Sierra 1500, which involved the proceeds of specified unlawful activity, that is the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 13

### Concealment Money Laundering

On or about February 22, 2021, in the District of Arizona, defendants YVETTE PORRAS-OCHOA and IBIS EFREN MIRANDA HERNANDEZ, did knowingly conduct a financial transaction affecting interstate and foreign commerce, to wit: YVETTE PORRAS-OCHOA purchased a $7,000 cashier's check drawn on the Diamond Family Care L.L.C.'s business bank account, which was provided to Magnus Title for IBIS EFREN HERNANDEZ to purchase a residence on Ocotillo Road, in Glendale, Arizona, which involved the proceeds of specified unlawful activity, that is the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

//

## COUNTS 14-16

### Concealment Money Laundering

On or about the dates set forth below, each instance representing a separate count of this Indictment, in the District of Arizona, defendant YVETTE PORRAS-OCHOA, did knowingly conduct the following financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, to wit: possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, the defendant knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

| Count | Date | Amount |
| --- | --- | --- |
| Count 14 | February 22, 2021 | $2,000 |
| Count 15 | March 4, 2021 | $5,000 |
| Count 16 | May 18, 2021 | $1,550.36 |

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 17

### Promotional Money Laundering Conspiracy

From on or about March 31, 2020, and continuing until September 28, 2022, in the District of Arizona, the defendants, YVETTE PORRAS-OCHOA, and GEORGE MARTINEZ-AVILES, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section

841(a)(1) with the intent to promote the carrying on of specified unlawful activity, that is to dispense and possess with intent to distribute, oxycodone, and promethazine-codeine, in violation of Title 21, United States Code, Section 841(a)(1), and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 18-33

### Promotional Money Laundering

On or about the dates set forth below, each instance representing a separate count of this Indictment, in the District of Arizona, defendants, YVETTE PORRAS-OCHOA and GEORGE MARTINEZ-AVILES, did knowingly conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) with the intent to promote the carrying on of specified unlawful activity, to wit: to dispense and possess with intent to distribute, oxycodone, and promethazine-codeine, in violation of Title 21, United States Code, Section 841(a)(1), and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

| Count | Date | Amount |
|---|---|---|
| Count 18 | March 31, 2020 | $1,300 |
| Count 19 | December 28, 2020 | $1,300 |
| Count 20 | January 6, 2021 | $1,300 |
| Count 21 | February 2, 2021 | $1,300 |
| Count 22 | March 2, 2021 | $1,300 |

| Count 23 | October 21, 2021 | $1,000 |
|---|---|---|
| Count 24 | November 18, 2021 | $1,000 |
| Count 25 | December 2, 2021 | $1,000 |
| Count 26 | December 23, 2021 | $800 |
| Count 27 | January 29, 2022 | $1,000 |
| Count 28 | February 5, 2022 | $1,000 |
| Count 29 | March 3, 2022 | $1,000 |
| Count 30 | April 7, 2022 | $1,000 |
| Count 31 | May 12, 2022 | $1,000 |
| Count 32 | June 2, 2022 | $1,000 |
| Count 33 | July 11, 2022 | $2,000 |

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 34

**Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity**

On or about October 18, 2021, in the District of Arizona, defendant VANESSA QUIJADA, did knowingly engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is deposit of U.S. currency, funds, and monetary instruments, such property having been derived from a specified unlawful activity, that is, the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 1957.

## FORFEITURE ALLEGATION

The grand jury realleges and incorporates the allegations of Counts 1 through 34 of this Indictment, which are incorporated by reference as though fully set forth herein.

- 11 -

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 34 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//

//

//

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  September 28, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/*
RYAN GOLDSTEIN
Assistant U.S. Attorney

- 13 -