```
FILED ___ LODGED
✓ RECEIVED ___ COPY

OCT 2 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.
Yvette Porras-Ochoa

Case No. CR-22-1265-PHX-SPL

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Yvette Porras-Ochoa,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 - Conspiracy to Possess with Intent to Distribute Cocaine; 21:846 - Conspiracy to Dispense and Possess with Intent to Distribute Prescription Controlled Substances; 21:841(a)(1) and 841(b)(1)(B)(ii)(II), 18:2 and 21:846 - Possession and Attempt to Possess with Intent to Distribute Cocaine and Aid and Abet; 21:841(a)(1) and 841(b)(3) and 18:2 - Possession with Intent to Distribute Promethazine-Cocaine and Aid and Abet; 21:841(a)(1) and 841(b)(1)(C) and 18:2 - Possession with Intent to Distribute Oxycodone and Aid and Abet; 21:841(a)(1) and 841(b)(1)(B)(ii)(II) and 18:2 - Possession and Attempt to Possess with Intent to Distribute Cocaine and Aid and Abet; 18:1956(h) - Promotional Money Laundering Conspiracy; 18:1956(h) - Concealment Money Laundering Conspiracy; 18:1956(a)(1)(B)(i) - Concealment Money Laundering; 18:1956(a)(1)(A)(i) - Promotional Money Laundering

Date: 09/29/2022

*Issuing officer's signature*

City and state: Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 9.29.22, and the person was arrested on *(date)* 10.20.22
at *(city and state)* Wittman, AZ.

Date: 10.20.22

by: [signature] 4724
*Arresting officer's signature*

Arrested by USMS
*Printed name and title*