GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN GOLDSTEIN
Assistant United States Attorney
Arizona State Bar No. 027182
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Ryan.Goldstein@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-22-1265-PHX-SPL |
|---|---|
| Plaintiff, | **BILL OF PARTICULARS REGARDING FORFEITURE** |
| v. | |
| Yvette Porras-Ochoa, *et al.*, | |
| Defendants. | |

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, Plaintiff United States of America (the "United States") submits this notice in the form of a Bill of Particulars and particularly alleges that the following property is subject to forfeiture based on the forfeiture allegation set forth in the Indictment (Doc.1):

PROPERTY SOUGHT FOR FORFEITURE

440 South Val Vista Drive, Unit 35, Mesa, AZ 85204, Maricopa County more particularly described as: Lot 35, Vista Santa Fe, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 473 of Maps, page 36, APN: 140-39-486, titled in the name of Patricia Montoya.

Respectfully submitted this 26th day of October 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Ryan Goldstein*
RYAN GOLDSTEIN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2022, I electronically transmitted the foregoing to the Clerk's Office using the Case Management/Electronic Case Filing System ("CM/ECF"), which will automatically serve a copy via email to all CM/ECF registrants pursuant to Fed. R. Crim. P. 49(3)(A), Local Rule (Criminal) 49.3, and Local Rule Civil 5.5(h).

Theron M Hall, III
lawyer@theronhall.com

Adam M Ashby
jmanjarrez@jacksonwhitelaw.com

Jeremy Scott Geigle
jgeigle@jacksonwhitelaw.com

John K Dosdall
jdosdall@jacksonwhitelaw.com

Kaitlin Sofia Verdura
kv@verduralaw.com

Mark John Berardoni
berardonilaw@yahoo.com

Zachary Nathaniel Storrs
zstorrs@hotmail.com


*s/ Lanae Ballard*
U.S. Attorney's Office